BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: blake.russum@rmkb.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDY BASILY, | CASE NO. 3:19-CV-01885 RS |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between the Plaintiff, MAGDY BASILY, and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

//

//

//

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Dated:  July 12, 2019      ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Blake J. Russum*
    BLAKE J. RUSSUM
    Attorneys for Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated:  July 12, 2019      LAW OFFICE OF P. RANDALL NOAH

By: /s/ *P. Randall Noah*
    P. RANDALL NOAH
    Attorneys for Plaintiff

## **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs.

Dated:  July 17, 2019      _____
    United States District Judge